IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-74-F

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HOLLY STEVENS, | ) |
| | ) |
| Defendant. | ) |

### CONSENT JUDGMENT

It appearing to the Court that the parties to this matter have agreed to a judgment of this matter without further litigation, and such judgment being acceptable to the Court, it is hereby ORDERED and ADJUDGED as follows:

JUDGMENT is hereby entered against defendant Holly Stevens in the amount of $250,000, plus postjudgment interest at the rate of 0.24%, and future costs.

SO ORDERED this 16th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE

Approved as to Form and Substance:

GEORGE E.B. HOLDING
United States Attorney

_____
NEAL I. FOWLER
Asst. United States Attorney
Civil Division
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4049

_____
HOLLY STEVENS
Pro Se Defendant
201 Buckland
Little Rock, AR 72223
Telephone: (501) 612-4124